```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION
```

RICHARD WATKINS,                    §
                                    §
    Plaintiff,                     §
                                    §
v.                                  §    CIVIL ACTION NO. H-03-5698
                                    §
TEXAS DEPARTMENT OF CRIMINAL        §
JUSTICE, GARY JOHNSON, JANIE        §
COCKRELL, and JOHN DOE,             §
                                    §
    Defendants.                    §

## FINAL JUDGMENT

For the reasons set forth in the previous Memorandum and Order entered August 27, 2004 (Document No. 19), and separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Richard Watkins take nothing against Defendants Texas Department of Criminal Justice, Gary Johnson, and Janie Cockrell, and Plaintiff Watkins's case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 6th day of June, 2006.

```
                    _____
                              EWING WERLEIN, JR.
                         UNITED STATES DISTRICT JUDGE
```